OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801
(302)573-6170
www.ded.uscourts.gov

March 20, 2019

TO:

**Carolyn I. Hahn**
**Colin T. Reardon**
1625 Eye Street NW
Washington, DC 20006

**Gabriel S. H. Hopkins**
Consumer Financial Protection Bureau
1700 G. St. NW
Washington, DC 20552

**Ann Marie St. Peter-Griffith**
Kasowitz Benson Torres LLP
1441 Brickell Avenue
Suite 1420
Miami, FL 33131

**Michael A. Hanin**
**Uri A. Itkin**
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

RE:   DC/DE Miscellaneous Case 19-mc-67
      SD/FL Miscellaneous Case 19-mc-60040
      Consumer Financial Protection Bureau v. National Collegiate Master Student Loan Trust
      et al.

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on 3/20/2019.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel.  Local Rule 83.5 (d) and (e) read as follows:

(d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e)  Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

(1)  The filing of the first paper filed on its behalf; or
(2)  The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before 4/22/2019.

Sincerely,

John A. Cerino
Clerk of Court

By:  /s/ Leigh Kilpatrick
Deputy Clerk